```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                      Case No. 18-00943-JJT
Elsa Milagros Melendez                                      Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: CBoyle          Page 1 of 1          Date Rcvd: May 21, 2018
               Form ID: ntcon341          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db            +Elsa Milagros Melendez,   SCI Muncy,   PO Box 180,   Muncy, PA 17756-0180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
       James Warmbrodt   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
       Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
       United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Elsa Milagros Melendez
Debtor(s)

Chapter       7

Case No.      4:18−bk−00943−JJT

## **Notice**

Notice is hereby given that:

The previously scheduled 341 meeting of creditors for the Debtor has been continued to:

| | |
|---|---|
| City Hall, Community Room, 2nd Floor, 245 West 4th Street, Williamsport, PA 17701 | Date: June 20, 2018<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 21, 2018 |