8/15/19

Dear Judge OPEL II

My name is Elsa Melendez & I'm currently incarcerated & The reason I'm writing is because I need to be excuse from the creditor hearing due to my incarceration & I was inform by my lawyer to reach out to you.

Trustee: Lawrence G Frank
717-614-3661

FILED
WILKES-BARRE, PA
2019 AUG 19 PM 3:32
CLERK
U.S. BANKRUPTCY COURT

Smart Communications/PADOC
SCI- Muncy
Name Elsa Melendez    Number OU6424
PO Box 33028
St Petersburg FL 33733

INMATE MAIL - PA
DEPT OF CORRECTIONS



Robert N Opel II
US Bankruptcy Court
274 Max Rosen
197 S. Main St.
Wilkes-Barre PA 18701

18701$1500 C008