18-943

8/25/19

Dear Judge OPEL II

I'm writing again to you because I was inform by my trustee Lawrence G. Frank that I had requested the wrong thing before so now what I'm asking for is to be excuse from the 2nd counseling session.

Yours Truly
Elsa Melendez
*Elsa Melendez*

Trustee
Lawrence G. Frank Esquire
717-234-7455

FILED WILKES-BARRE, PA 2019 AUG 28 PM 1:20 CLERK U.S. BANKRUPTCY COURT