In re:                                                        Case No. 18-00943-RNO
Elsa Milagros Melendez                                        Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: CourtneyG          Page 1 of 1          Date Rcvd: Aug 29, 2019
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db              +Elsa Milagros Melendez,   SCI Muncy,   PO Box 180,   Muncy, PA 17756-0180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
        James  Warmbrodt   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ELSA MILAGROS MELENDEZ**

| | |
|---|---|
| **Chapter:** | **7** |
| **Case No.:** | **4-18-bk-00943 RNO** |
| **Document No.:** | **40** |
| **Nature of Proceeding:** | **Motion for Exemption from Financial Management Course** |

## ORDER

After due consideration of the Debtor's Motion for Exemption from Financial Management Course filed to Docket No. 40, it is

ORDERED that the Court finds sufficient cause has been shown that Debtor is unable to complete the required financial management course; and,

FURTHER ORDERED that the Motion is GRANTED and the Debtor is exempt from completing the financial management course.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

August 29, 2019